**Order entered May 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00696-CR

**GUSTAVO RENE CASTILLO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F09-58463-Y**

## ORDER

On April 10, 2013, this Court ordered the Dallas County District Clerk to file, within fifteen days, a supplemental record containing the Criminal Court Fee Docket Sheet for this case. To date, we have not received the supplemental record, nor have we had any correspondence from the Dallas County District Clerk regarding the status of the supplemental record.

According, we **ORDER** the Dallas County Clerk to file, within **TEN DAYS** of the date of this order, a supplemental record containing the Criminal Court Fee Docket sheet for this case. If the supplemental record is not filed within the time specified, the Court will utilize the available remedies to obtain the supplemental clerk's record.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Gary Fitzsimmons,

Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/    DAVID EVANS
JUSTICE